## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | | |
|---|---|---|
| **JAMES GRIZZLE,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:20CV00034 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **UNITED STATES OF AMERICA, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

*James Grizzle, Pro Se Plaintiff.*

The plaintiff, proceeding pro se, seeks to file this action without payment of fees. In his Complaint, he sues the United States of America, the United States Marshals Service, and the United States Social Security Administration. He alleges without any supporting details that these defendants have released private information about him to hundreds of others and have illegally wiretapped him. He further alleges that he has not been allowed legal representation for any civil lawsuits or his social security claim. He requests injunctive relief and damages in the amount of one billion dollars.

While I must consider a pro se filing liberally, the entities that Grizzle seeks to sue have immunity from suit for money damages for the claims asserted and there simply is an absence of any plausible basis alleged that would justify injunctive

relief. I note that as recently as April of this year, this court dismissed a pro se suit by Grizzle against the Virginia Department of Social Services and the Buchanan County Board of Supervisors in which very similar allegations were made. *Grizzle v. Va. Dep't of Soc. Servs.*, No. 1:20CV00009 (W.D. Va. Apr. 1, 2020).

The plaintiff seeks to procced in forma pauperis, even though he indicates he has enough cash on hand to pay the filing fees. Under the circumstances, I will grant his Motion for Leave to Proceed in Forma Pauperis. Nevertheless, I must dismiss his Complaint.

A separate final order will be entered.

DATED: July 2, 2020

/s/ JAMES P. JONES
United States District Judge